# EXHIBIT 1



April 25, 2025

Ms. Robinson:

On Monday, November 11, you met with the Transportation Director regarding an incident that occurred on your bus during the PM elementary route on Thursday, October 31, 2024. You were questioned by the Director about the incident and were given the opportunity to respond. It was determined through a due process interview that:

- you distributed unapproved religious materials to students on your bus.

In light of the above behavior, you were issued a directive by your supervisor to not to engage in the distribution of religious materials while on school property, buses, or during your times of employment.

Again, on Friday, December 20, 2024, you distributed religious materials on your bus to students and specifically excluded a child based on their beliefs, causing discomfort to the excluded child and family. You met with the Superintendent on Monday, January 27, 2025. You were issued the following directives:

- This was your second instance of distributing such materials; the first occurred on October 31, 2024
- After the first incident, your immediate supervisor instructed you that this practice was unacceptable. In our meeting, you mentioned that you believed it was permissible if students were given a choice. I discussed with you it was not permissible to give students a choice.
- We discussed that public school employees cannot distribute religious information to students.
- You were advised that distributing any religious materials during school employment hours or on district property is strictly prohibited.

A third time on Friday, April 18, 2025, you distributed prohibited materials on your bus to children. The conclusions above are based on my review of the bus video from Friday, April 18, and statements made by you during your due process meeting with Director Hitchcock on Monday, April 21, and with the Superintendent on Friday, April 25, 2025.

This conduct is unacceptable. It demonstrates a disregard for standards and the ability to follow directives. Despite multiple warnings and opportunities, you have not shown that you can be a successful Mattawan Consolidated School employee. Accordingly, your employment is terminated effective immediately.

Pursuant to School Board Policies 4140, the decision to terminate your employment is final, and notice has been given to the Board of Education of this termination.

Sincerely,

Randy Fleenor
Superintendent