FILED - KZ
February 6, 2026 2:15 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by /Mg/ 2/6/26

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SARAH M. ROBINSON,

    Plaintiff,

v.

MATTAWAN CONSOLIDATED SCHOOL DISTRICT;
RANDALL FLEENOR, in his official and individual capacity;
JASON LARNER, in his official and individual capacity;

    Defendants.

Civil Action No. 1:25-cv-1867-JMB-PJG
Hon. Jane M. Beckering
Mag. Phillip J. Green

---

## MOTION TO EXTEND TIME TO AMEND WITHOUT LEAVE

NOW COMES Plaintiff Sarah M. Robinson, proceeding pro se, and respectfully moves this Honorable Court for an Extension of Time to Amend the Complaint Without Leave. In support of her Motion, Plaintiff states as follows:

1. On December 22, 2026, Plaintiff filed a Complaint against Defendants Mattawan Consolidated Schools, Randall Fleenor, and Jason Larner (Case No. 1:25-cv-1867-JMB-PJG).

2. Plaintiff is proceeding pro se and has been actively searching for an attorney to formally assist with this matter, although Plaintiff is prepared to proceed pro se if representation cannot be secured.

3. Plaintiff was unable to secure representation prior to filing the Complaint in order to meet the deadline in her EEOC Right to Sue Letter. **Exhibit 1** – *Right to Sue Letter*.

1

4. Plaintiff has been in contact with different firms and organizations, including some have expressed interest in potentially providing assistance on a pro bono or grant-funded basis.

5. Plaintiff cannot afford hourly representation.

6. If Plaintiff obtains counsel or other legal assistance, Plaintiff request sufficient time for her attorney to review her Complaint and, if appropriate, submit an amendment.

7. Because Plaintiff has not yet secured counsel, Plaintiff cannot state with certainty the specific amendments that her attorney may propose and, therefore, cannot provide a proposed amended complaint at this time.

8. On or about January 31, 2026, Plaintiff learned that the U.S. Marshal served Defendants on or about January 15, 2026. Plaintiff became aware of service on or about January 31, 2026, after receiving a letter in the mail from Giarmarco, Mullins, & Horton, P.C. notifying Plaintiff that two attorneys appeared on her case.

9. Plaintiff is proceeding pro se and making good-faith efforts to learn and comply with all applicable court rules. However, this is Plaintiff's first lawsuit she has filed and is learning the process as she goes.

10. Plaintiff had limited time between learning of service and determining the steps necessary to preserve her rights, including preparing and filing motions.

11. Plaintiff is also a single parent to her daughter and is currently navigating an eviction proceeding that directly stems from her termination at Defendant Mattawan Consolidated School District. She has two hearings scheduled within the next 30 days that require her time and attention.

12. Rule 15 of the Federal Rules of Civil Procedure allows a party to amend a pleading once as a matter of course no later than "(A) 21 days after serving it, or (B) 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

13. Under Rule 7 of the Federal Rules of Civil Procedure, both a complaint and an answer are considered a "pleading."

14. Plaintiff respectfully seeks a limited extension of time to file an Amended Complaint as a Matter of Course because she is still in the process of securing representation and has recently found a firm who has expressed interest in either representation or assisting her to secure other counsel.

15. Plaintiff therefore requests that the court grant a 60-day extension for Plaintiff to file an amended complaint as of right, measured from the date of the Judge's Signed Order.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Plaintiff an extension of time to Amend the Complaint without leave of Court and grant such other and further relief as the Court deems appropriate.

Dated: February 5, 2026

Respectfully submitted,

*/s/ Sarah M. Robinson*
Sarah M. Robinson
Plaintiff, Pro Se
Mattawan, Michigan
57951 Western St.
Apt. F2B