UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SARAH M. ROBINSON,

    Plaintiff,

v.

MATTAWAN CONSOLIDATED SCHOOL DISTRICT, et al.,

    Defendants.

_____/

Hon. Jane M. Beckering

Case No. 1:25-cv-01867-JMB-PJG

## ORDER

This matter is before the Court on Plaintiff's Motion for extension of time to amend her complaint. (ECF No. 8). Defendants have responded in opposition. (ECF No. 10). The Court held a hearing today at which plaintiff and counsel appeared in person. Having reviewed the oral and written submissions, and for the reasons stated on the record, the motion is **DENIED**. Further,

**IT IS ORDERED** that Plaintiff shall, within 21 days of the date of this order, file a response to Defendants' Motion to Dismiss (ECF No. 7). If Plaintiff fails to timely comply with this Order, the undersigned judicial officer will consider the issues in the motion waived and will, therefore, recommend that Defendants' motions be granted.

**IT IS SO ORDERED**.

Date: March 11, 2026                               /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge