UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

SARAH M. ROBINSON,

    Plaintiff,

v.

MATTAWAN CONSOLIDATED SCHOOL DISTRICT, et al.,

    Defendants.

_____/

Hon. Jane M. Beckering

Case No. 1:25-cv-01867-JMB-PJG

## ORDER

This matter is before the Court on defense counsel's Motion to withdraw as attorney of record for Defendant Jason Larner only. (ECF No. 14). The Court being fully advised in the premises, the motion is **GRANTED**. Counsel also advises the Court that Jason Larner has not been properly served. Accordingly,

**IT IS ORDERED** that Plaintiff shall have twenty-one days from the date of this order to submit to the Court a new summons for service on Jason Larner.

**IT IS SO ORDERED**.

Date: March 16, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge