UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH M. ROBINSON,

     Plaintiff,

                                     Case No. 1:25-cv-1867

v.

                                     HON. JANE M. BECKERING

MATTAWAN CONSOLIDATED
SCHOOL DISTRICT, et al.,

     Defendants.

_____/

## ORDER

On December 29, 2025, this Court entered an Order Referring Case to Magistrate Judge (ECF No. 5). Upon further review of this matter, the Court determines that the referral to Magistrate Judge Phillip J. Green is no longer necessary. The Court will vacate the referral order. Accordingly:

**IT IS HEREBY ORDERED** that the Court's December 29, 2025 Order (ECF No. 5) is VACATED, and this matter is no longer referred to Magistrate Judge Phillip J. Green. Magistrate Judge Green may still handle certain aspects of the case, including various proceedings.

Dated: May 12, 2026                                /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                          United States District Judge