UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SARAH M. ROBINSON,
Plaintif,

v.

MATTAWAN CONSOLIDATED SCHOOL DISTRICT, et al.,
Defendants.

Case No. 25-01867
**Honorable Brock A. Swartzle**

Dave Peters (P48648)
Attorney for Plaintiffs
Pacific Justice Institute
PO Box 51787
Livonia, Michigan 48151-1787
Email: dpeters@pji.org
Phone: 734-743-5352

**STIPULATED ORDER TO FILE 2ND AMENDED COMPLAINT**

1. The court granted Plaintiff's Motion to Extend Time and a First Amended Complaint was filed; upon review, it was found by Plaintiff there are two factual errors in the First Amended Compliant at Paragraphs 27 and 41, specifically:
2. At Paragraph 27: It was HITCHCOCK, not FLENEER who informed the client a parent had complained.
3. Paragraph 41: It was RANDAL FLENEER and not JASON LARNER who made the statement alleged.
4. When the Plaintiff was Pro Se, she filed an additional Summons for JASON LARNER.
5. However, the proper name is JAY LARNER who is the former Superintendent of Mattawan Schools who also signed the Plaintiff's termination letter but never spoke to the Plaintiff about any of the issues raised in the Complaint.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

6. While Plaintiff intends to depose LARNER she agrees he is not a proper party for personal liability at this time.

Therefore, it is STIPULATED as follows:

1. Plaintiffs will amend their complaint to correct the factual errors within 10 days.

2. The parties agree that the Summons against JASON LARNER and the addition of him as a party will not be pursued at this time.

3. Paragraph 27 will now read (changes in blue): "Prior to her termination on April 28, 2025, on or about early January, 2025, following a Christmas meeting, SCOTT HITCHCOCK Plaintiffs supervisor and Director of Transportation at MATTAWAN SCHOOL DISTRICT did inform the Plaintiff that there had been a complaint by the parents of one of her bus students that their Jewish child had received a Christian themed message in his candy, and that she would have to stop handing out candy for Easter and Christmas."

4. Paragraph 41 will now read (change in blue): "In a shocking development, RANDY FLENEER, the Superintendent of Mattawan Public Schools stated that this was not an option because **Plaintiff "could not be trusted not to speak about Jesus again."**

IT IS SO STIPULATED.

*Travis Comstock (w/p)*
Attorney for Defendant

*Dave Peters*
Attorney for Plaintiff

**IT IS SO ORDERED.**

______________________________ Dated: ________________

**Honorable Brock A. Swartzle**
District Court Judge