UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH M. ROBINSON,

     Plaintiff,

                                           Case No. 1:25-cv-1867

v.

                                           HON. JANE M. BECKERING

MATTAWAN CONSOLIDATED SCHOOL
DISTRICT, et al.,

     Defendants.

_____/

## ORDER

This matter is before the Court on the parties' proposed stipulated order amending complaint (ECF No. 25-1), seeking leave to permit Plaintiff to file the proposed second amended complaint (ECF No. 25).  The Court having reviewed the proposed stipulated order and the proposed submission:

**IT IS HEREBY ORDERED** that the proposed stipulated order amending complaint (ECF No. 25-1) is GRANTED to the extent that the proposed second amended complaint (ECF No. 25) is accepted as filed.[1]

**IT IS FURTHER ORDERED** that Defendants Mattawan Consolidated School District and Randall Fleenor shall, not later than <u>June 15, 2026</u>, file an answer or other responsive pleading to the Second Amended Complaint.

---

[1] Although the Second Amended Complaint references the Eastern District of Michigan and purportedly indicates that this case is assigned to the Honorable Brock A. Swartzle, this Court will accept the filing in its current form for purposes of efficiency.  The parties are placed on notice that future filings in this matter shall include the correct court information, including the appropriate district where the case is proceeding and the assigned judge's name.

Defendant Jason Larner is terminated as a party in this matter.


Dated: June 1, 2026                                    /s/ Jane M. Beckering
                                                       JANE M. BECKERING
                                                       United States District Judge