UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH M. ROBINSON,

Plaintiff,

v.

MATTAWAN CONSOLIDATED SCHOOL DISTRICT, et al.,

Defendants.
_______________________________/

Case No. 1:25-cv-1867

HON. JANE M. BECKERING

**JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Second Amended Complaint is DISMISSED with prejudice.

This case is closed.

Dated: October 22, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge